THE STATE v. PULS, *Appellant.*

### Division Two, November 9, 1897.

Appeals: CRIMINAL LAW: NO BILL OF EXCEPTIONS. When no bill of exceptions is filed and no error appears in the record proper, the judgment will be affirmed on appeal.

*Appeal from St. Louis Criminal Court.*—HON. HENRY L. EDMUNDS, Judge.

AFFIRMED.

*Edward C. Crow,* Attorney-General, and *Sam B. Jeffries,* Assistant Attorney-General, for the State.

Defendant having failed to perfect and file his bill of exceptions in time, we have nothing but the indictment and record proper before us. These being regular and the offense charged in the usual form, the judgment of the lower court should be affirmed.

BURGESS, J.—On the sixth day of November, 1896, the defendant was convicted in the criminal court of the city of St. Louis of an assault upon one John Ostermeyer with intent to do great bodily harm and his punishment fixed at a fine of $100 and three months' imprisonment in the city jail. The case is before us for review upon his appeal.

An examination of the record has satisfied us that it is free from prejudicial error. We therefore affirm the judgment.

GANTT, P. J., and SHERWOOD, J., concur.